

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00515-CV

Enrique O. Guillen and Victoria Guillen
v.
Cristian Andres Gomez and Los Fresnos Consolidated Independent School District

On Appeal from the
445th District Court of Cameron County, Texas
Trial Court Cause No. 2019-DCL-00801

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

April 17, 2025